Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA,<br><br>Plaintiff,<br><br>vs.<br><br>AHMED MAKLANI, individually and dba BUY N BYE MARKET;<br><br>Defendant. | No. 1:18-cv-00280-AWI-BAM<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Acosta and Defendant, Ahmed Maklani, individually and dba Buy N Bye Market, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: May 24, 2018

MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

Dated: May 24, 2018

MICHAEL J.F. SMITH,
A PROFESSIONAL CORPORATION

*/s/ Michael J.F. Smith*
Michael J.F. Smith
Attorney for Defendant,
Ahmed Maklani, individually and dba
Buy N Bye Market

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta